IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | **ORDER** |
| v. | : | |
| | : | |
| JULIAN MARIE BRESLOW, | : | 7:14 CR 8-D-1 |
| Defendant. | | |

This matter came before the Court upon the Defendant's motion to seal two documents in the above styled case based on information that is contained in an attached memorandum. After considering the Defendant's arguments,

**THE COURT ORDERS**:

1. That the document that was filed on July 23, 2015, and is docket entry 60 on the ECF system in the above styled case, including all of its attachments, shall be sealed until such time as the Court Orders it to be unsealed,

2. That the memorandum that is attached to the Defendant's motion to seal at docket entry 64, explaining the details of the Defendant's motion to seal, shall be sealed until the Court Orders that is to be unsealed.

This is the __27__ day of July, 2015.

_____
Honorable James C. Dever III
United States District Court Judge